IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 10-CV-02948-JLK-KMT

REBECCA PRINCE,

    Plaintiff,

v.

DAVOL INC., and
C. R. BARD INC.,

    Defendants.

---

ORDER STAYING PROCEEDINGS PENDING
TRANSFER TO THE JUDICIAL PANEL FOR MULTIDISTRICT LITIGATION

---

Kane, J.

THIS MATTER coming before the Court on the parties' stipulated motion to Stay Proceedings Pending Transfer to the Judicial Panel on Multidistrict Litigation (the "Stipulation"), and the Court being advised in the premises, it is ORDERED THAT:

This matter is stayed pursuant to the Stipulation. All requirements, deadlines (including responsive pleading deadlines), and any other proceedings in this case are stayed pending transfer to the United States District Court for the District of Rhode Island.

Dated January 18, 2011.                                                                                            **s/John L. Kane**
                                                                                                               SENIOR U.S. DISTRICT JUDGE